Nicole Owens
EXECUTIVE DIRECTOR
Christopher M. Sanchez, Idaho Bar No. 12070
Jonah J. Horwitz, Idaho Bar No. 10494
Assistant Federal Defenders
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:  Jonah_Horwitz@fd.org
       Christopher_M_Sanchez@fd.org

*Attorneys for Plaintiff Thomas Eugene Creech*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH,** | CASE NO. 1:24-cv-00066-AKB |
| Plaintiff, | |
| v. | **MOTION TO EXPEDITE DISCOVERY** |
| **IDAHO COMMISSION OF PARDONS AND PAROLE**; **JAN M. BENNETTS**, Ada County Prosecuting Attorney, in her official capacity, | **EXECUTION SCHEDULED FOR FEBRUARY 28, 2024** |
| Defendants. | |

Plaintiff Thomas Eugene Creech respectfully moves to expedite discovery for the reasons stated, and under the conditions described, in the accompanying memorandum.

DATED this 9th day of February 2024.

*/s/* Christopher M. Sanchez
Christopher M. Sanchez
Jonah J. Horwitz
Federal Defender Services of Idaho

*Attorneys for Plaintiff Thomas Eugene Creech*

Motion to Expedite Discovery – Page 1

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Dayton P. Reed
Heather McCarthy
Sherry A. Morgan
civilpafiles@adacounty.id.gov
Counsel for Defendant Bennetts

Karin Magnelli
kmagnell@idoc.idaho.gov
Counsel for Defendant Parole Commission

                                                 /s/ Julie Hill
                                                 Julie Hill