*Thomas Eugene Creech v. Idaho Commission of Pardons and Parole, et al.*
Case No. 1:24-cv-00066-AKB
Filed in Support of Motion to Expedite Discovery

# EXHIBIT 1

I, Richard Quindry, mindful of the penalties of perjury, declare as follows:

1. I am a person over eighteen (18) years of age and competent to testify.

2. I have been self-employed as a commercial photographer for 50 years and have been consulting on criminal cases as a photo expert since 2008. My services include determining the legitimacy of photographic evidence, analyzing metadata, and enhancing photographs.

3. I have been retained by the Federal Defender Services of Idaho as an expert to analyze photographic evidence.

4. I have been provided with a PDF file of a PowerPoint slide used in the clemency hearing of Thomas Eugene Creech on January 19, 2024. The slide includes a photo of a sock purported to be used in the crime.

5. The PDF image of the sock is woefully inadequate for me to examine.

6. To analyze this photographic evidence, I would need to examine the original out-of-camera JPEG or RAW file used in the slide. An original JPEG or RAW file is of much higher quality than an image in a PDF file and provides critical metadata. I am unable to make any determinations regarding the legitimacy of this photographic evidence without the original photo used in the PowerPoint.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __7th__ day of __February__ 2024, at Hatfield, Pennsylvania.

*Richard Quindry*
BEE046F1077A4CB...
Richard Quindry

DECLARATION OF RICHARD QUINDRY - 1