*Thomas Eugene Creech v. Idaho Commission of Pardons and Parole, et al.*
Case No. 1:24-cv-00066-AKB
Filed in Support of Motion to Expedite Discovery

# EXHIBIT 2

I, Susan Abbey, mindful of the penalties of perjury, declare as follows:

1. I am a person over eighteen (18) years of age and competent to testify.
2. I am self-employed as a board-certified forensic document examiner by the Board of Forensic Document Examiners and the National Association of Document Examiners, of which I am the current president. I am qualified as an expert witness in numerous state and federal courts. My specialties include handwriting identification, disguised writing, and alteration of documents.
3. I have been retained by the Federal Defender Services of Idaho as an expert to analyze handwriting evidence.
4. I have been provided with a PDF file of a PowerPoint slide used in the clemency hearing of Thomas Eugene Creech on January 19, 2024. The slide includes a photo of a sock purported to be used in the crime. It appears that someone has written 'CREECH' on the sock using a pen or marker.
5. I am unable to analyze the handwriting on the sock solely using this image.
6. Locating additional photographs of the sock would allow for me to analyze and compare handwriting samples of Thomas Creech to the handwriting on the sock.
7. Additionally, if I were able to examine the sock itself, I would be in a better position to factor into my analysis the expected differences between a handwriting sample on paper and a handwriting sample on fabric.
8. Providing access to the sock for examination would allow for testing of the ink for dating purposes by an ink dating expert. It is not possible to examine the age of the pen on fabric by viewing a photograph.
9. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 9th day of February 2024, at Dallas, Texas.

_Susan Abbey_
Susan Abbey

DECLARATION OF SUSAN ABBEY - 1