*Thomas Eugene Creech v. Idaho Commission of Pardons and Parole, et al.*
Case No. 1:24-cv-00066-AKB
Filed in Support of Motion to Expedite Discovery

# EXHIBIT 3

Home > Press Releases >

# PRESS RELEASES

**JAN 29 2024**

FOR IMMEDIATE RELEASE

| | |
|---|---|
| Date: | Jan. 29, 2024 |
| Contact: | Emily Lowe |
| | Public Information Officer |
| | 208-287-7700 |
| RE: | State v. Decision on Thomas Creech's commutation hearing |

BOISE – We first want to acknowledge the many people involved in the preparation of Thomas Eugene Creech's commutation hearing.

We are grateful for the time Mr. David Jensen's family took to attend Mr. Creech's commutation hearing, and for making their thoughtful victim impact statements. Thank you to all the other victims of Mr. Creech's we spoke to during the preparation of this hearing. We understand it is not easy to relive these experiences from decades ago.

We are particularly appreciative of our own Investigator Wade Spain, as he was instrumental in providing San Bernardino County with evidence that led to San Bernardino County announcing Mr. Creech as the suspect in the 49-year-old cold case murder of Daniel Walker.

We thank the team who spent hours and hours preparing for this hearing, and represented Mr. Creech's lengthy criminal history accurately. A special thanks to Deputy Prosecutor Jill Longhurst and Special Deputy Prosecutor Roger Bourne for their hard work.

Mr. Creech is a convicted serial killer. He has been convicted of five murders, including three in Idaho, one in California, and one in Oregon. In 1981, the state sought the death penalty against Mr. Creech for the firstdegree murder of Mr. Jensen.

Seeking the death penalty is not an easy decision or process. We continue to standby the decision to seek the death penalty in this case. We particularly agree with the following statement from the Commission of Pardons and Parole in their written decision issued today: "If the Commission cannot uphold the death penalty in this case, then the death penalty means nothing in the state of Idaho."

We again thank the Idaho Commission of Pardons and Parole for their time and attention during this hearing.

Posted in Press Releases
(https://adacounty.id.gov/prosecutor/category/press-releases/)

## Other Press Releases

**JAN 19 2024**

### Ada County Prosecutor's Office statement following Thomas Creech's commutation hearing
(https://adacounty.id.gov/prosecutor/press-releases/ada-county-prosecutors-office-statement-following-thomas-creechs-commutation-hearing/)

Read Full Story…
(https://adacounty.id.gov/prosecutor/press-releases/ada-county-prosecutors-office-statement-following-thomas-creechs-commutation-hearing/)

**JAN 11 2024**

### Boise man sentenced to prison for threatening police officer with a knife
(https://adacounty.id.gov/prosecutor/press-releases/boise-man-sentenced-to-prison-for-threatening-police-officer-with-a-knife/)

Read Full Story…
(https://adacounty.id.gov/prosecutor/press-releases/boise-man-sentenced-to-prison-for-threatening-police-officer-with-a-knife/)

**NOV 07 2023**

### Boise man sentenced to life imprisonment for 2018 knife attack on 74-year-old man
(https://adacounty.id.gov/prosecutor/press-releases/boise-man-sentenced-to-life-imprisonment-for-2018-knife-attack-on-74-year-old-man/)

Read Full Story…
(https://adacounty.id.gov/prosecutor/press-releases/boise-man-sentenced-to-life-imprisonment-for-2018-knife-attack-on-74-year-old-man/)