*Thomas Eugene Creech v. Idaho Commission of Pardons and Parole, et al.*
Case No. 1:24-cv-00066-AKB
Filed in Support of Motion to Expedite Discovery

# EXHIBIT 4

| | |
|---|---|
| **From:** | Olivia Craven |
| **To:** | Mark Warbis |
| **Subject:** | Re: Commutation Petition Decision: Paul Ezra Rhoades |
| **Date:** | Monday, November 07, 2011 1:17:27 PM |

thanks, Mark. I know that Paul Panther with the AG's office is concerned we are going to do something wrong. I don't think the press will ask anything about it, but I wanted to be prepared. I will do what you say and nothing more.
oc

>>> Mark Warbis <Mark.Warbis@gov.idaho.gov> 11/7/2011 12:10 PM >>>

Just say please that he received it. Nothing more. We're not going to make affirmative statements at each step. I'll let you know if that changes. Thanks.

Mark Warbis

Communications Director

Governor C.L. "Butch" Otter

(208) 334-2100/891-2790

Mwarbis@gov.idaho.gov

**From:** Olivia Craven [mailto:OCRAVEN@idoc.idaho.gov]
**Sent:** Monday, November 07, 2011 12:07 PM
**To:** Mark Warbis
**Subject:** RE: Commutation Petition Decision: Paul Ezra Rhoades

Thanks. If questioned, is it okay to say the Governor supported the decision? I want to be correct. If no one asks, I am not saying anything. Paul Panther is the one who is concerned. I have a phone call from him and am getting ready to call him.

Just talked to Jeff Ray and I am going to get something to eat and then we are submitting the press release. I didn't want to be unavailable when people started calling.
oc

>>> Mark Warbis <Mark.Warbis@gov.idaho.gov> 11/7/2011 11:23 AM >>>

We don't expect to have any kind of formal letter today. The Governor is considering a statement I've drafted for him, expressing his thanks to the Commission, etc. I'll send that to you once it's approved. There may be a more formal letter to the Commission later, but that's something we can address later. Thanks Olivia.


Mark Warbis
Communications Director
Senior Special Assistant - Energy and Economic Development
Governor C.L. "Butch" Otter
(208) 334-2100 Office
(208) 854-3003 Direct
(208) 891-2790 Cell
mark.warbis@gov.idaho.gov

Sign up to receive regular updates from Governor Otter

**From:** Olivia Craven [mailto:OCRAVEN@idoc.idaho.gov]
**Sent:** Monday, November 07, 2011 11:15 AM
**To:** Mark Warbis
**Subject:** RE: Commutation Petition Decision: Paul Ezra Rhoades

One more thing: I need to know if the Governor is going to issue the Commission a letter supporting the decision. I would like that taken care of before I issue the press release.
Thanks. oc

>>> Mark Warbis <Mark.Warbis@gov.idaho.gov> 11/7/2011 11:03 AM >>>

Here's the draft press release to go through Jeff. Please let me know if it works for you and when you are ready to issue it. Thanks.


(BOISE) – The Idaho Commission of Pardons and Parole decided on Friday, November 4, to deny the petition for a commutation hearing submitted on behalf of Paul Ezra Rhoades, who was sentenced to death for the 1987 murders of Susan Michelbacher and Stacy Baldwin in eastern Idaho's Bonneville County.

Governor C.L. "Butch" Otter received the Commission's recommendation on Monday, November 7.

Seventh District Judge Jon J. Shindurling issued death warrants for Rhoades on October 19. The execution is set for November 18.


Mark Warbis
Communications Director
Senior Special Assistant - Energy and Economic Development
Governor C.L. "Butch" Otter
(208) 334-2100 Office
(208) 854-3003 Direct
(208) 891-2790 Cell
mark.warbis@gov.idaho.gov

*Sign up to receive regular updates from Governor Otter*

**From:** Olivia Craven [mailto:OCRAVEN@idoc.idaho.gov]
**Sent:** Monday, November 07, 2011 9:48 AM
**To:** Mark Warbis
**Subject:** RE: Commutation Petition Decision: Paul Ezra Rhoades

Thanks so much, Mark!  This works perfect.  I have a call from Channel 7.  I will advise that we will be issuing a release later.  I will not talk to news media until we have done all of this.  I will be bringing the letter down to you in about a half hour if that works.  I meant to ask you about the press release earlier and did not, so thank you.  (I was in a meeting/briefing so just got back to my office.)
Thanks.
Olivia

>>> Mark Warbis <Mark.Warbis@gov.idaho.gov>  11/7/2011 8:44 AM >>>

This looks fine Olivia. I will draft you the text of a brief press release that you should have Jeff Ray issue to his media contacts for you.  The Governor will have a statement, but we will only provide it to those who ask. All this should happen this afternoon AFTER we've had the chance to review everything with the Governor. Does that work?

Mark Warbis
Communications Director
Senior Special Assistant - Energy and Economic Development
Governor C.L. "Butch" Otter
(208) 334-2100 Office
(208) 854-3003 Direct
(208) 891-2790 Cell
mark.warbis@gov.idaho.gov

*Sign up to receive regular updates from Governor Otter*

---

**From:** Olivia Craven [mailto:OCRAVEN@idoc.idaho.gov]
**Sent:** Monday, November 07, 2011 8:20 AM
**To:** Mark Warbis
**Subject:** Commutation Petition Decision: Paul Ezra Rhoades

Attached is the letter we discussed.  Please advise me of any changes you want me to make.  Once you approve, I will put on letterhead and bring to your office.

As I noted previously, Paul Panther believes the one sentence in the statute (I.C. 20-240), indicates the Governor should also approve our decisions on the Commutation or Pardon Petitions.  We need to meet with him after this process to clear this up.  I do not think that was the intent of the writers of the statutue, but I do agree with Paul, that there is "gray" area in the one sentence.

Please let me know what changes you want to make to the letter.
Olivia