Nicole Owens
EXECUTIVE DIRECTOR
Christopher M. Sanchez, Idaho Bar No. 12070
Jonah J. Horwitz, Idaho Bar No. 10494
Assistant Federal Defenders
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:  Jonah_Horwitz@fd.org
          Christopher_M_Sanchez@fd.org

*Attorneys for Plaintiff Thomas Eugene Creech*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH,** | CASE NO. 1:24-cv-00066-AKB |
| Plaintiff, | |
| v. | **CAPITAL CASE** |
| **IDAHO COMMISSION OF PARDONS AND PAROLE**; **JAN M. BENNETTS**, Ada County Prosecuting Attorney, in her official capacity, | **NOTICE OF FACTUAL DEVELOPMENT** |
| | **EXECUTION SCHEDULED FOR FEBRUARY 28, 2024** |
| Defendants. | |

Early this morning, the Mercury News published an article about Plaintiff Thomas Eugene Creech and his supposed connection to Daniel Walker's murder in San Bernardino in 1974.  *See* Ex. 1.  The lawsuit here is based in part on the fact that the Ada County Prosecuting Attorney (ACPA) falsely declared at the commutation hearing that the Walker case was closed and that Mr. Creech had been conclusively determined to be guilty.  *See* Dkt. 1 at 7–18.  The Mercury News article reports on a statement by Jason Anderson, the District Attorney of San Bernardino County.  *See* Ex. 1.  Specifically, Mr. Anderson is quoted as announcing

Notice of Factual Development - 1

that he has made a decision not to charge Mr. Creech in the Walker case.  *See id.*  Although Mr. Anderson appears in his statement to justify the decision with reference to Mr. Creech's scheduled execution, he does not suggest that he will consider charges in the event a stay is granted.  *See id.*  Mr. Anderson is also described as telling the journalist that Mr. "Creech would not have been named as a suspect without evidence that he believed prosecutors could prove beyond a reasonable doubt."  *Id.*  However, Mr. Anderson does not offer any account of what that evidence might be.

The new article supports undersigned counsel's position that the ACPA worked in concert with San Bernardino authorities to improperly use the Walker case to oppose the commutation petition by making false and sensationalistic accusations at the Parole Commission hearing that no prosecutor is willing to prove or defend in any court.  Mr. Creech therefore respectfully asks the Court to take the article into consideration when ruling on his motion for a preliminary injunction, so that these troubling facts—and the other improprieties committed by the ACPA—can be fully and fairly reviewed before they are forever mooted by an execution.  *See* Dkt. 4.

DATED this 22nd day of February 2024.

                                        */s/ Jonah J. Horwitz*
                                        Jonah J. Horwitz

                                        Attorney for Petitioner

## CERTIFICATE OF SERVICE

      I hereby certify that on this 22nd day of February 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Dayton P. Reed
Heather McCarthy
Sherry A. Morgan
civilpafiles@adacounty.id.gov
Counsel for Defendant Bennetts

Karin Magnelli
kmagnell@idoc.idaho.gov
Counsel for Defendant Parole Commission

                                          */s/ L. Hollis Ruggieri*
                                          L. Hollis Ruggieri