| | | FILED |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | FEB 25 2024 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

THOMAS EUGENE CREECH,

    Plaintiff - Appellant,

 v.

JAN M BENNETTS, Ada County Prosecuting Attorney, in her official capacity,

    Defendant - Appellee.

No. 24-1000

D.C. No. 1:24-cv-00066-AKB
District of Idaho, Boise

MANDATE

The judgment of this Court, entered 2/24/2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT