Nicole Owens
EXECUTIVE DIRECTOR
Deborah A. Czuba, Idaho Bar No. 9648
Mary E. Spears, Indiana Bar No. 27353-49
Christopher M. Sanchez, Idaho Bar No. 12070
Jonah J. Horwitz, Idaho Bar No. 10494
Nicole R. Gabriel, Idaho Bar No. 11603
Assistant Federal Defenders
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:   Deborah_A_Czuba@fd.org
       Mary_Spears@fd.org
       Jonah_Horwitz@fd.org
       Christopher_M_Sanchez@fd.org
       Nicole_Gabriel@fd.org

*Attorneys for Plaintiff Thomas Eugene Creech*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH,** | CASE NO. 1:24-cv-00066-AKB |
| Plaintiff, | |
| v. | **CAPITAL CASE** |
| **IDAHO COMMISSION OF PARDONS AND PAROLE**; **JAN M. BENNETTS**, Ada County Prosecuting Attorney, in her official capacity, | **NOTICE OF WITHDRAWAL AS COUNSEL OF DEBORAH A. CZUBA, MARY E. SPEARS, AND NICOLE R. GABRIEL** |
| Defendants. | |

The undersigned counsel for Petitioner Thomas Eugene Creech, Deborah A. Czuba, Mary E. Spears, and Nicole R. Gabriel hereby give notice of withdrawal as co-counsel in the instant matter.

NOTICE OF WITHDRAWAL AS COUNSEL - 1

Christopher M. Sanchez and Jonah J. Horwitz of the Capital Habeas Unit of the Federal Defender Services of Idaho will continue to be counsel for Mr. Creech in the instant matter.

DATED this 13th day of March 2024.

                                      */s/ Deborah A. Czuba*
                                      Deboarh A. Czuba

                                      */s/ Mary E. Spears*
                                      Mary E. Spears

                                      */s/ Nicole R. Gabriel*
                                      Nicole R. Gabriel

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Dayton P. Reed
civilpafiles@adacounty.id.gov
Counsel for Defendant Jan Bennetts

Karin Magnelli
kmagnell@idoc.idaho.gov
Counsel for Defendant Parole Commission

                                      */s/ Julie Hill*
                                      Julie Hill