Nicole Owens
EXECUTIVE DIRECTOR
Christopher M. Sanchez, Idaho Bar No. 12070
Jonah J. Horwitz, Idaho Bar No. 10494
Assistant Federal Defenders
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900
Boise, ID 83702-8929
Telephone: (208) 331-5530
Facsimile: (208) 331-5559
ECF:  Jonah_Horwitz@fd.org
         Christopher_M_Sanchez@fd.org

*Attorneys for Plaintiff Thomas Eugene Creech*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH,** | Case No. 1:24-cv-00066-AKB |
| Plaintiff, | |
| v. | **MOTION FOR RECUSAL** |
| **IDAHO COMMISSION OF PARDONS AND PAROLE**; and **JAN M. BENNETTS**, Ada County Prosecuting Attorney, in her official capacity, | |
| Defendants. | |

Due to her personal relationship with one of the defendants, for the reasons set forth in the accompanying memorandum in support, and pursuant to 28 U.S.C. § 455 and the Due Process Clause, Plaintiff Thomas Eugene Creech respectfully asks Judge Brailsford to recuse herself from the instant case.

DATED this 10th day of May 2024.

                                */s/ Jonah J. Horwitz*
                                Jonah J. Horwitz

                                */s/ Christopher M. Sanchez*
                                Christopher M. Sanchez

                                Attorneys for Plaintiff Thomas Eugene Creech

## CERTIFICATE OF SERVICE

      I hereby certify that on this 10th day of May 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Dayton P. Reed
Heather McCarthy
Sherry A. Morgan
civilpafiles@adacounty.id.gov
Counsel for Defendant Bennetts

Karin Magnelli
kmagnell@idoc.idaho.gov
Rebecca Strauss
rstrauss@idoc.idaho.gov
Counsel for Defendant Parole Commission

                                */s/ Julie Hill*
                                Julie Hill