UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS EUGENE CREECH,<br><br>             Plaintiff,<br><br>    v.<br><br>IDAHO COMMISSION OF PARDONS AND PAROLE; and JAN M. BENNETTS, Ada County Prosecuting Attorney, in her official capacity,<br><br>             Defendants. | Case No. 1:24-cv-00066-AKB<br><br>**ORDER** |

Within 21 days after Defendants filed their first motion to dismiss in this matter, Plaintiff filed an Amended Complaint, which he was permitted to do as of right and without leave of court. *See* Fed. R. Civ. P. 15(a)(1). Defendants then filed a Motion to Dismiss the Amended Complaint.

**ACCORDINGLY, IT IS ORDERED** that Defendants' first motion to dismiss (Dkt. 20) is DENIED AS MOOT. *See Barnes v. D.C.*, 42 F. Supp. 3d 111, 117 (D.D.C. 2014) ("When a plaintiff files an amended complaint as of right, … any pending motion to dismiss becomes moot."). A decision on the Motion to Dismiss the Amended Complaint will issue at a later date.

DATED: July 11, 2024

_____
Amanda K. Brailsford
U.S. District Court Judge