Nicole Owens
EXECUTIVE DIRECTOR
Christopher M. Sanchez, Idaho Bar No. 12070
Jonah J. Horwitz, Idaho Bar No. 10494
Assistant Federal Defenders
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho Street, Suite 900, Boise, ID 83702-8929
Telephone: (208) 331-5530; Facsimile: (208) 331-5559
ECF:  Jonah_Horwitz@fd.org
         Christopher_M_Sanchez@fd.org

*Attorneys for Plaintiff Thomas Eugene Creech*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH,** | CASE NO. 1:24-cv-00066-AKB |
| Plaintiff, | |
| v. | **MOTION FOR STAY PENDING MANDAMUS PROCEEDINGS** |
| **IDAHO COMMISSION OF PARDONS AND PAROLE**; **JAN M. BENNETTS**, Ada County Prosecuting Attorney, in her official capacity, | |
| Defendants. | |

For the reasons set forth in the accompanying memorandum, and pursuant to Federal Rule of Appellate Procedure 8(a)(1)(A) and the Court's inherent authority to control its docket, Plaintiff Thomas Eugene Creech respectfully asks for a stay of the present proceedings until the Ninth Circuit has ruled on his pending mandamus petition.

Motion for Stay Pending Mandamus Action – Page 1

DATED this 19th day of July 2024.

          */s/ Jonah J. Horwitz*
          Jonah J. Horwitz
          Christopher M. Sanchez
          Federal Defender Services of Idaho

          *Attorneys for Plaintiff Thomas Eugene Creech*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which is designed to send a Notice of Electronic Filing to persons including the following:

Kristina Schindele
krschind@idoc.idaho.gov
Counsel for Defendant Parole Commission

Karin Magnelli
kmagnell@idoc.idaho.gov
Counsel for Defendant Parole Commission

Rebecca Strauss
rstrauss@idoc.idaho.gov
Counsel for Defendant Parole Commission

Dayton P. Reed
Heather McCarthy
Sherry A. Morgan
civilpafiles@adacounty.id.gov
Counsel for Defendant Bennetts

          */s/ Julie Hill*
          Julie Hill