UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS EUGENE CREECH,<br><br>                Plaintiff,<br><br>    v.<br><br>IDAHO COMMISSION OF PARDONS AND PAROLE; and JAN M. BENNETTS, Ada County Prosecuting Attorney, in her official capacity,<br><br>                Defendants. | Case No. 1:24-cv-00066-AKB<br>Ninth Circuit No. 24-4455<br><br>**NOTICE RE: PLAINTIFF'S PETITION FOR WRIT OF MANDAMUS** |

    Following the Court's denial of Plaintiff's motion for recusal, Plaintiff filed a petition for writ of mandamus in the Ninth Circuit with respect to the recusal question. (*See* Dkt. 42-2 (attaching petition as exhibit to motion to stay case)). The Ninth Circuit has invited this Court to answer the petition "if it believes an answer is warranted." (Dkt. 44). Having reviewed the petition, along with the entire record in this matter, and having reconsidered the parties' arguments with respect to the recusal question, I respectfully decline the invitation to answer the petition. My analysis of the issue remains unchanged. (*See* Dkt. 40) (denying motion for recusal). Although I disagree with Plaintiff's recitation of the facts in his petition as they relate to my relationship with Jan Bennetts and Plaintiff's conclusions about that relationship, I do not believe an answer to his petition is warranted.

    The Clerk of Court will provide a copy of this Notice to the Ninth Circuit.

DATED: July 30, 2024

Amanda K. Brailsford
U.S. District Court Judge

NOTICE - 1