**JAN M. BENNETTS**
ADA COUNTY PROSECUTING ATTORNEY

**DAYTON P. REED**
**HEATHER M. McCARTHY**
**SHERRY A. MORGAN**
Deputy Prosecuting Attorneys
Civil Division
200 W. Front Street, Room 3191
Boise, ID  83702
Telephone:  (208) 287-7700
Facsimile:  (208) 287-7719
Idaho State Bar Nos. 10775, 6404, & 5296
Email:  civilpafiles@adacounty.id.gov

*Attorneys for Ada County Prosecutor Jan M. Bennetts*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS EUGENE CREECH,<br><br>           Plaintiff,<br><br>vs.<br><br>IDAHO COMMISSION OF PARDONS AND PAROLE; JAN M. BENNETTS, Ada County Prosecuting Attorney, in her official capacity,<br><br>           Defendant. | **Case No. 1:24-cv-066-AKB**<br><br>**PROSECUTOR BENNETTS' OPPOSITION TO MOTION FOR STAY PENDING MANDAMUS PROCEEDINGS [DKT. 42]** |

      Prosecutor Bennetts opposes Plaintiff's motion to stay, dkt. 42, as Plaintiff's petition for writ of mandamus has no likelihood of success for the reasons explained in the Court's order denying Plaintiff's motion for recusal. *See* dkt. 40.

PROSECUTOR BENNETTS' OPPOSITION TO MOTION FOR STAY PENDING MANDAMUS PROCEEDINGS [DKT. 42] – PAGE 1

**DATED** this 9th day of August, 2024.

              **JAN M. BENNETTS**
              Ada County Prosecuting Attorney

      By: */s/ Dayton P. Reed*
         Dayton P. Reed
         Deputy Prosecuting Attorney

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 9th day of August, 2024, I filed the foregoing PROSECUTOR BENNETTS' OPPOSITION TO MOTION FOR STAY PENDING MANDAMUS PROCEEDINGS electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

    Christopher Sanchez
    Jonah J. Horwitz
    FEDERAL DEFENDER SERVICES OF IDAHO

    Karin Magnelli
    Rebecca Strauss
    OFFICE OF THE ATTORNEY GENERAL OF IDAHO

    AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated as follows:

    N/A

    By:    /s/ Chyvonne Tiedemann
            Legal Assistant