**RAÚL LABRADOR**
**ATTORNEY GENERAL OF IDAHO**

**KARIN MAGNELLI, ISB #6929**
**REBECCA STRAUSS, ISB #11285**
Deputy Attorneys General
1299 North Orchard St., Suite 110
Boise, Idaho 83706
Telephone: (208) 658-2095
Facsimile: (208) 327-7485
E-mail: kmagnell@idoc.idaho.gov; rstrauss@idoc.idaho.gov

*Attorneys for Idaho Commission of Pardons and Parole*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **THOMAS EUGENE CREECH**, <br> Plaintiff, <br><br> v. <br><br> **IDAHO COMMISSION OF PARDONS AND PAROLE; JAN M. BENNETTS,** Ada County Prosecuting Attorney, in her official capacity, <br><br> Defendants. | **Case No. 1:24-cv-00066-AKB** <br><br> **IDAHO COMMISSION OF PARDONS AND PAROLE'S OPPOSITION TO MOTION TO STAY PENDING MANDAMUS PROCEEDINGS [DKT. 42]** |

The Idaho Commission of Pardons and Parole reiterates Prosecutor Bennetts's

Opposition to Plaintiff's Motion to Stay. Plaintiff's petition for a writ of mandamus has no

likelihood of success.

Respectfully submitted this 9th day of August, 2024.

OFFICE OF THE ATTORNEY GENERAL

/s/ Rebecca Strauss_____
Rebecca Strauss
Deputy Attorney General

IDAHO COMMISSION FOR PARDONS AND PAROLE'S OPPOSITION TO PLAINTIFF'S
MOTION TO STAY - 1

## CERTIFICATE OF SERVICE

I certify that on August 9, 2024, I caused to be served a true and correct copy of the foregoing via CM/ECF Electronic Notification:

Jonah Horwitz: Jonah_Horwitz@fd.org
Christopher M. Sanchez: Christopher_M_Sanchez@fd.org
*Counsel for Plaintiff*

Dayton Reed: dreed@adacounty.id.gov
*Counsel for Defendant Bennetts*

<u>/s/ Rebecca Strauss</u>
Rebecca Strauss
Deputy Attorney General