IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS EUGENE CREECH,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO COMMISSION OF PARDONS AND PAROLE, et al.,<br><br>Defendants. | Case No. 1:24-cv-00066-GMS<br><br>**ORDER** |

Before the Court is Douglas Walker's Motion to File Amicus Curiae Brief in support of Plaintiff's emergency motion for a preliminary injunction, an administrative stay of execution, and to expedite discovery. (Doc. 63.)

The purpose of an amicus brief is to "assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Lab. & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982). This Court has "broad discretion" when considering whether to permit an amicus brief. *See Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999) (citing *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). "An amicus brief should normally be allowed" when, among other considerations, "the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cmty. Ass'n for Restoration of Env't (CARE)* 54 F.Supp.2d at 975 (citing *N. Sec. Co. v. United States*, 191 U.S. 555, 556 (1903)).

Douglas Walker's brother, Daniel Walker, was murdered in San Bernadino County, California, in 1974. (Doc. 63-2, Decl. of Douglas C. Walker, ¶ 1.) During Plaintiff's clemency hearing in January 2024, the Ada County Prosecuting Attorney's Office ("ACPO") claimed Plaintiff was responsible for killing Daniel Walker, and later issued a press statement alleging that "Earlier this week, a cold case was solved in San Bernardino, California, when after law enforcement's thorough investigation, they determined [Plaintiff] had murdered Daniel A. Walker in October 1974." (*Id.*, ¶ 2.)

Douglas Walker states in his declaration that, based on information he received from the San Bernadino Sheriff's Department ("SBSD") and the ACPO, the ACPO's representation that the case had been solved after a "thorough investigation" was false. (*Id.*, ¶ 3–18.)

Because the unique information provided by Douglas Walker may shed light on whether Plaintiff was prejudiced by the alleged misrepresentation of false evidence at the commutation, (*see* Doc. 30 at 31–32, ¶¶ 245, 247–249, 251–253), the Court will exercise its discretion to grant the motion to file an amicus brief.

Accordingly,

**IT IS HEREBY ORDERED** granting Douglas Walker's Motion to File Amicus Curiae Brief in support of Plaintiff's emergency motion for a preliminary injunction, an administrative stay of execution, and to expedite discovery. (Doc. 63.)

**IT IS FURTHER ORDERED** the Clerk of Court shall file the Amicus Brief lodged at Doc. 63-1.

Dated this 30th day of October, 2024.

_____
G. Murray Snow
Senior United States District Judge