# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THOMAS EUGENE CREECH,<br><br>Plaintiff's,<br><br>v.<br><br>IDAHO COMMISSION OF PARDONS AND PAROLE, et al.,<br><br>Defendants.. | Case No. 1:24-cv-0066-GMS<br><br>**DEATH-PENALTY CASE**<br><br>**ORDER**<br><br>**Execution Scheduled November 13, 2024** |

     Pending before the Court is Plaintiff's motion to exceed the page limitation (Doc. 70) for his consolidated reply (Doc. 71).

     For good cause shown,

     **IT IS HEREBY ORDERED** Plaintiff's Motion for Excess Pages on Consolidated Reply is **GRANTED**. (Doc. 70.)

     Dated this 5th day of November, 2024.

_____
G. Murray Snow
Senior United States District Judge